IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

    Plaintiff,               No. CIV S-02-2038 LKK KJM P

    vs.

J.M. PETERSON, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On March 14, 2005, plaintiff filed a motion for leave to amend his complaint to add a claim for monetary damages. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

        On April 4, 2005, the district court filed an order adopting the findings and recommendations and granting defendants' motion to dismiss plaintiff's Fifth Amendment claim but denying the motion in all other respects. Defendants have not yet answered the complaint.

      Accordingly, IT IS ORDERED:

      1. Plaintiff's March 14, 2005 motion for leave to amend his complaint is denied without prejudice.

      2. Within twenty days of the date of this order defendants shall file their answer to plaintiff's amended complaint.

DATED: May 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
dawk2038.10B