IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

    Plaintiff,                    No. CIV S-02-2038 LKK KJM P

    vs.

J.M. PETERSON, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action.  On June 9, 2005, plaintiff filed his third request for the appointment of counsel.  Plaintiff's previous requests were filed on July 21, 2003 and October 21, 2004.  All requests were denied.

        Having carefully reviewed plaintiff's current request, but for the same reasons set forth in the court's prior orders, IT IS HEREBY ORDERED that plaintiff's June 9, 2005 request is denied.

DATED:  June 13, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

/kf  dawk2038.31

1