IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

    Plaintiff,                    No. CIV S-02-2038 LKK KJM P

  vs.

J.R. PETERSON, et al.,

    Defendants.              <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

       On July 5, 2005, plaintiff filed a "motion/notice of erratum," with added prayers for relief and claims for damages to be appended to his amended complaint.

       Plaintiff's motion was not, however, accompanied by an entire proposed amended complaint. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967). Accordingly, plaintiff's attempt to amend his complaint by filing a notice of erratum is unavailing.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's July 5, 2005
2  motion/notice of erratum is denied.
3  DATED: August 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
dawk2038.10Bx2

2