IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

    Plaintiff,                No. CIV S-02-2038 LKK KJM P

    vs.

J. R. PETERSON, et al.,

    Defendants.          <u>ORDER</u>

/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On October 19, 2005, he filed a motion for a pretrial order permitting him to use the telephone nine times a week for collect telephone calls in order to contact non-incarcerated witnesses.

        Plaintiff has not shown why he is unable to make the necessary contacts by letter. Accordingly, his request is denied.

        IT IS SO ORDERED.

DATED: November 17, 2005.

                                  UNITED STATES MAGISTRATE JUDGE

2/dawk2038.ph

1