IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

    Plaintiff,                    No. CIV S-02-2038 LKK KJM P

    vs.

J.R. PETERSON, et al.,

    Defendants.              <u>ORDER</u>

            Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On October 14, 2005, he filed a motion to compel defendants to answer his second set of interrogatories and his second motion for the production of documents. Defendants have not opposed the motion.

            Under Local Rule 78-230 (m), the court deems defendants' failure to respond to the motion as a waiver of opposition to granting the motion.

/////

/////

/////

/////

/////

1

Accordingly, IT IS ORDERED that plaintiff's motion to compel discovery signed on October 8, 2005 is granted and defendants have fifteen days from the date of this order in which to comply with plaintiff's discovery requests.

DATED: December 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/dawk2038.mtc