IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS L. DAWKINS,**<br><br>                                       Plaintiff,<br><br>       v.<br><br>**J. R. PETERSON, et al.,**<br><br>                                       Defendants. | 2:02-cv-2038 LKK KJM P<br><br>**[PROPOSED] ORDER** |

On February 24, 2006, defendants sought a one-week extension of time, to and including March 3, 2006, in which to file their pretrial statement. Good cause appearing, defendants' request is granted.

Pretrial conference on the file only is rescheduled from March 3, 2006 to March 10, 2006.

Dated:    February 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1