IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

        Plaintiff,                  No. CIV S-02-2038 LKK KJM P

   vs.

J.R. PETERSON, et al.,           ORDER AND

        Defendants.             FINDINGS AND RECOMMENDATIONS

                              /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On March 1, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on October 21, 2004 and June 9, 2005. All requests were denied.

        On March 6, 2006, plaintiff filed a motion for a default judgment, but on the same day, filed a request to disregard the motion.

        Finally, on June 1, 2004, the court authorized service on A. Colon; on June 30, 2004, United States Marshal filed the return of service unexecuted as to A. Colon. Plaintiff has not made further attempts to serve this defendant; dismissal as to A. Colon is therefore appropriate. Fed. R. Civ. P. 4(m).

/////

1  IT IS HEREBY ORDERED

2  1. Plaintiff's March 1, 2006 motion is denied, in light of the prior orders.

3  2. Plaintiff's March 6, 2006 motion for entry of default is denied.

4  IT IS HEREBY RECOMMENDED that this action be dismissed without
5  prejudice as to A. Colon.

6  These findings and recommendations are submitted to the United States District
7  Judge assigned to the case, based on the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
8  after being served with these findings and recommendations, plaintiff may file written objections
9  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
10 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
11 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
12 (9th Cir. 1991).

13 DATED: March 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

20 2mp
dawk2038.31thr