IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS LEE DAWKINS,

    Plaintiff,                    No. CIV S-02-2038 LKK KJM P

    vs.

J.R. PETERSON, et al.,

    Defendants.             <u>ORDER</u>

        On March 21, 2006, the court filed the pretrial order in this case. On April 7, 2006, plaintiff filed objections to that portion of the order in which the court denied his request to amend the complaint to include a request for monetary damages.

        In the order of May 2, 2005, the court rejected a similar motion without prejudice for plaintiff's failure to submit a complete amended complaint. Plaintiff did not thereafter seek to file an amended complaint in support of a motion to amend.

        Accordingly, plaintiff's objections to the pretrial order are noted, but rejected.

        IT IS SO ORDERED.

DATED: April 24, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

2/dawk2038.opto

1