IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS LEE DAWKINS,

    Plaintiff,               No. CIV S-02-2038 LKK KJM P

    vs.

J.R. PETERSON, et al.,

    Defendants.         <u>ORDER</u>

                              /

        The trial confirmation hearing, currently set for May 1, 2006 at 11:15 a.m. and the jury trial, set for July 25, 2006, are hereby vacated.

        Defendants are directed to file a motion for summary judgment within thirty days of the date of this order. Plaintiff's opposition or statement of non-opposition is due within thirty days of the date the motion is filed and defendants' reply, if any, is due fifteen days after the opposition is filed. The matter will then stand submitted for the issuance of findings and recommendations by the magistrate judge.

        In light of this order, the writ of habeas corpus ad testificandum issued March 24, 2006, is hereby vacated. In addition, plaintiff's April 7, 2006 request for a subpoena ad testificandum and his April 10, 2006 request for a subpoena duces tecum are denied without prejudice.

1

1  The Clerk of the Court is directed to serve a certified copy of this order on
2  Warden Richard Kirkland, Pelican Bay State Prison, and on the Out-To-Court Desk of the
3  Department of Corrections and Rehabilitation.
4         IT IS SO ORDERED.
5  DATED: April 25, 2006.
6
7                                    /s/Lawrence K. Karlton
                                     UNITED STATES DISTRICT JUDGE
8  /dawk2038.vt