IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DOUGLAS L. DAWKINS,**

                                            Plaintiff,

        v.

**J. R. PETERSON, et al.,**

                                            Defendants.

No. 2:02-cv-2038 LKK KJM P

**ORDER**

        On May 30, 2006, defendants requested an extension of time to file their motion for summary judgment.  Good cause appearing, defendants are granted until June 6, 2006, to file a motion for summary judgment.

Dated: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1