**FILED**

JUN - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS L. DAWKINS,** | 2:02-cv-2038 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. R. PETERSON, et al.,** | |
| Defendants. | |

    Plaintiff is a prisoner proceeding pro se, alleging that defendants violated his civil rights under 42 U.S.C. § 1983. On June 1, 2006, defendants filed a motion asking the court to review Exhibit F of defendants' motion for summary judgment. Defendants ask that after reviewing the documents, the court order that Exhibit F be sealed.

    After conducting an *in camera* review, having reviewed defendants' motion to seal, and good cause appearing, the court directs the Clerk of the Court to file under seal Exhibit F of defendants' motion for summary judgment. IT IS SO ORDERED.

Dated: June 5, 2006.

UNITED STATES MAGISTRATE JUDGE

Order

1