IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

    Plaintiff,                   No. CIV S-02-2038 LKK KJM P

    vs.

J.R. PETERSON, et al.,

    Defendants.          ORDER

_____/

        Plaintiff's pretrial statement is due by May 30, 2008; defendant's pretrial statement is due by June 13, 2008.  Pretrial conference on the papers only will be on June 21, 2008.

        Trial confirmation hearing by videoconferencing will be held before the Honorable Lawrence K. Karlton on August 25, 2008 at 11:15 a.m. in Courtroom Four.  Jury trial will be held on November 18, 2008 at 10:30 a.m. before the Honorable Lawrence K. Karlton in Courtroom Four, 501 I Street, Sacramento.

        IT IS SO ORDERED.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2/dawk2038.tr

1