IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS L. DAWKINS,

    Plaintiff,                    No. CIV S-02-2038 LKK KJM P

    vs.

J.R. PETERSON,

    Defendant.              ORDER

          On May 12, 2008, plaintiff was directed to file his pretrial statement by May 30, 2008. Plaintiff has not filed his pretrial statement or otherwise responded to the court's order.[1]

          IT IS HEREBY ORDERED that plaintiff file his pretrial statement within fifteen days of the date of this order. Failure to comply with this order will result in a recommendation that the action be dismissed.

DATED: June 23, 2008.

                                                        U.S. MAGISTRATE JUDGE

2/dawk2038.fpto

---

[1] Plaintiff filed a pretrial statement on March 15, 2006. Since that statement was filed, the parties have litigated a motion for summary judgment, which has changed the posture of the case.

1